**In the Interest of J.T., Age 5, a minor.**

**Debra Michelle TILLMAN,
Petitioner (Appellant),**

**v.**

**Edward Gerald TILLMAN, Respondent.**

**No. WD 33622.**

Missouri Court of Appeals,
Western District.

March 1, 1983.

Craig A. Smith, Columbia, for petitioner.

Robert G. Smith, Brookfield, for respondent.

Before DIXON, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from transfer of custody of minor child and motion to modify.

Judgments affirmed. Rule 84.16(b).